IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEANNETTE STEVENS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 114-240 |
| SOUTHERN COMPANY; REBECKAH BARRINGER; SHEILA DOWD; and MICHAEL BYRD, | ) ) ) ) | |
| Defendants. | ) ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Barringer, Dowd, and Byrd from this case.

SO ORDERED this 31st day of March, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA